IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KAREN GIDEON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00643-O-BP |
| | § | |
| STATE FARM LLOYDS and | § | |
| WILLIAM DICESARE, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant State Farm Lloyds's Motion to Abate Pending Appraisal (ECF No. 11) is **GRANTED**. This case is abated until such time as the parties complete the appraisal process provided for in the insurance policy. The parties shall file a joint status report every sixty (60) days informing the Court of the status of the completion of these requirements.

**SO ORDERED** on this **27th day** of **December, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE